**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JENAFER ANNMARIE MILANOWSKI,)** | **CASE NO. 4:25CV1587** |
| ) | |
| **Plaintiff,** ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| **vs.** ) | |
| ) | |
| **COMMISSIONER OF** ) | **ORDER** |
| **SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

**CHRISTOPHER A. BOYKO, J:**

On July 29, 2025, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g).  (ECF

DKT  #1).  The Court referred this matter to Magistrate Judge Jennifer Dowdell Armstrong

pursuant to Local Rule 72.2.  On June 18, 2026, the Magistrate Judge recommended reversing

the Commissioner's decision and remanding the case to the Commissioner for further

consideration of Plaintiff's fibromyalgia and for the issuance of a new decision.  (ECF DKT

#11).  Plaintiff has not filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and

recommendation must be filed within fourteen days after service.  FED. R. CIV. P. 72(b).  Plaintiff

-1-

has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Armstrong's Report and Recommendation is **ADOPTED**; the Commissioner's decision is **REVERSED;** and the captioned case is **REMANDED**.

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: August 13, 2026**